UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH LEWIS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-1261 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| VICTOR CELENTINO, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims and other matters. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 21, 2021     /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge